**Order entered February 8, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00903-CR

**MELISSA ANN KELLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F20-00513-Y**

### ORDER

Before the Court is the February 6, 2023 request of Debi Harris, Court Reporter, for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due February 21, 2023.

/s/    NANCY KENNEDY
         JUSTICE